IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY JAMES BRIGHTWELL, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JAY LANE, SUPERINTENDENT OF SCI-FAYETTE, THE DISTRICT ATTORNEY OF THE COUNTY OF CHESTER, and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA | : : : : : | |
| | : | NO. 16-5103 |

# ORDER

**NOW**, this 10th day of January, 2018, upon consideration of the Petition for Writ of *Habeas Corpus* (Document No. 1), the response to the Petition for Writ of *Habeas Corpus*, the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski (Document No. 12), and the petitioner's objections to the Report and Recommendation, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The petitioner's objections are **OVERRULED**;

2. The Report and Recommendation of Magistrate Judge Lynne A. Sitarski is **APPROVED** and **ADOPTED**;

3. The Petition for Writ of *Habeas Corpus* is **DENIED**; and,

4. There is no probable cause to issue a certificate of appealability.

/s/TIMOTHY J. SAVAGE